UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BORNALLAH WRIGHT,

                                    Plaintiff,

                                                                      <u>DECISION AND ORDER</u>

                                                                      04-CV-6003L

               v.

GLENN S. GOORD, JR., et al.,

                                    Defendants.
_____

      This Court referred pretrial matters to United States Magistrate Judge Marian W. Payson. Plaintiff, Bornallah Wright ("Wright"), served various discovery requests on defendants. The parties briefed the matters and Magistrate Judge Payson issued a thorough Decision and Order on July 15, 2008 (Dkt. #71) and granted the requests, in part and denied them in part. Magistrate Judge Payson also denied the motion for sanctions and established a schedule for concluding discovery and for filing case-dispositive motions.

      By letter, Wright requested a continuance within which to file objections. In fact, Wright did file objections on July 23, 2008.

      I have reviewed Magistrate Judge Payson's thorough Decision and Order and the objections, and I see no reason to modify or change the Magistrate Judge's Decision and Order.

The test for review of such motions is to whether the Magistrate Judge's decision is clearly erroneous and contrary to law. No such finding can be made here. Therefore, I affirm in all respects the Decision and Order (Dkt. #71) of United States Magistrate Judge Marian W. Payson.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       September 19, 2008.